UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JON ELLIS, | No. 2:20-cv-00290-CKD-P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY SHERIFF'S DEPARTMENT NARCOTIC TASK FORCE, | |
| Defendants. | |

Plaintiff is a county inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 15, 2020, plaintiff filed a notice to voluntarily dismiss this case. In light of the voluntary dismissal entered on May 26, 2020, the court will vacate its order granting plaintiff in forma pauperis status and requiring the filing fee to be collected from plaintiff's inmate trust account. ECF No. 8.

Accordingly, IT IS HEREBY ORDERED that:

1. The portion of the screening order entered on April 16, 2020 (ECF No. 7) granting plaintiff in forma pauperis status is vacated.
2. The corresponding order to the El Dorado County Sheriff's Department directing monthly payments to be collected from plaintiff's inmate trust account (ECF No. 8) is also vacated.

1

3. The Clerk of Court is directed to serve a courtesy copy of this order on the El Dorado County Sheriff's Department and the Finance Unit of the Court.

Dated: May 27, 2020

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/elli0290.vacateIFP.docx

2